NORFOLK DIVISION
FILED
SEP 29 2016
CLERK
U.S. BANKRUPTCY COURT

9/16/16

To whom this may concern (Bankruptsy Court)

My name is Andrea Graham and I would like to file a complaint regarding violation of my automatic stay & harassment. Let you know one of my listed creditors on my chapter 7 BK case filed a judgement against me one month prior to my discharge. From the time I filed 6/10/15 with Ronald A Berg the attorney - I was sent about 18 notices from Fairview Manor including court dates, one of which was on 7/14/15 a court date in Chesapeake court G.D. The attorney for the apartments told me at court by law he couldn't talk with me and have my attorney send something to them. That same case was continued 30 days & they obtain a judgement on 8/13/15. My attorney at the time sent them a letter dated 9/1/15 letting them know I filed, they were listed, and any more contact they would be in contempt. They continued to harass me, I ended up losing my job from this stress, and struggled to keep a roof over my head while on unemployment. They called me during work hours asking for money

Please explain why the law protects Debtors under the Stay Period from being contacted or taken Repeatedly to court and not me? I have suffered greatly because of my attorney's negligence and legal malpractice and I would like something done. No person would pay an attorney to file a BK Ch 7, to go through the same thing the following year. I was not offered any other options, to ammend what they claim I owe NOR told I had to pay them while my Bky was being handled. I learned about the Judgement 8/17/16 after being denied employment.

Andrea Graham
757-920-9534
n-wardju9@yahoo.com



RICHMOND VA 232

27 SEP 2016 PM 6 L

United States Bankruptcy Court
600 Granby Street
Norfolk, VA
23510

A. Graham
110 Culotta DR
Hampton, VA 23666