# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| **TO:**<br>3106 Petre Road, #201<br>Chesapeake, VA 23325; and,<br>110 Culotta Dr<br>Hampton VA 23666 | **In re:** Andrea Graham<br><br>**Case Number** 15–72022–SCS<br>**Chapter** 7 |

**IN RE:**

*19* – Letter filed by Andrea Graham. (Jones, Mozelle)

Letter filed 09/29/2016
**INQUIRY:**

- \_   Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $11.00, plus 50¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

- \_   The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

- \_   Your inquiry has been received. Please submit a search fee in the amount of $30.00, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

- \_   Your request for photocopies has been received and is being processed. Please see below for any additional details or instructions.

- \_   The name and address of the Trustee or (Attorney for Debtor) in this case is:

- **X**   This case was closed on <u>September 28, 2015</u> . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $64.00 (each additional box $39.00), payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

- \_   The following papers are returned to you:

- **X**   Document filed in a Closed Case. No Action Taken.

| | |
|---|---|
| Date:   October 3, 2016 | CLERK, UNITED STATES BANKRUPTCY COURT<br><br>By <u>/s/ Mozelle K. Jones</u>, Deputy Clerk |
| [iginquiryvDec2013.jsp] | Direct Dial Telephone No. <u>757–222–7518</u> |

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Andrea Graham  
      Debtor

Case No. 15-72022-SCS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: jonesmoz     Page 1 of 1     Date Rcvd: Oct 03, 2016  
                    Form ID: iginqury     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.  
db          +Andrea Graham,    3106 Petre Road, #201,    Chesapeake, VA 23325-2649  
            +Andrea Graham,    110 Culotta Dr,    Hampton, VA 23666-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:  
          Clara P. Swanson     clara.swanson@verizon.net,   clarapswanson@yahoo.com;va10@ecfcbis.com  
          Ronald J. Berg    on behalf of Debtor Andrea  Graham BLCNT@berglc.hrcoxmail.com,  bergnt@ba-dsg.net  
                                                                                                                                            TOTAL: 2